UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S2 YACHTS, INC.,

    Plaintiff,

v.

KOCH COMPANIES,

    Defendant.
_____/

Case No. 1:18-cv-600

HON. JANET T. NEFF

## **ORDER TO STRIKE**

On June 8, 2018, Defendant filed its Answer to the complaint with affirmative defenses (ECF No. 5). Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(B) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, the Answer is stricken. Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses (ECF No. 5) is STRICKEN. Defendant shall file a corrected answer, complying with the court rules, no later than seven (7) days from the date of this Order.

Dated: June 11, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge